# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146146

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SHAWN ANTHONY YOUNG,
     Defendant-Appellant.

SC: 146146
COA: 311116
Calhoun CC: 2003-003376-FC

_____/

On order of the Court, the application for leave to appeal the October 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

h0422